**\*\*NOT FOR PRINTED PUBLICATION \*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BARON CAPERS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO.  4:13CV641 |
| | § | Judge Clark/Judge Mazzant |
| ESSENT PRMC, L.P., d/b/a PARIS | § | |
| REGIONAL MEDICAL CENTER and | § | |
| REGIONALCARE HOSPITAL PARTNERS, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Joint Stipulation of Dismissal with Prejudice [Doc. #14].

It  is **ORDERED** that the Joint Stipulation of Dismissal with Prejudice [Doc. #14] is accepted by the court. The court further **ORDERS** that this case is **DISMISSED** with prejudice as to all claims against the Defendants, with each party to bear its own costs and fees.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So ordered and signed on

**Oct 11, 2014**

_____

Ron Clark, United States District Judge